NUMBER 13-01-373-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

GREG
SHARP,                                                                      Appellant,

 

                                                   v.

 

MISSION HOSPITAL, INC.,                                                     Appellee.

____________________________________________________________________

 

                        On appeal from the 92nd  District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                       Before Justices
Dorsey, Yañez, and Chavez[1]

Opinion
Per Curiam

 








Appellant, GREG
SHARP, perfected an appeal from a judgment entered by the 92nd
District Court of Hidalgo County, Texas, in cause number C-799-00-A.  After the
record and briefs were filed and after the cause was submitted to the Court,
the parties filed a joint motion to dismiss for mootness due to
settlement.  In the motion, the parties
state that they have entered into a settlement agreement and all claims between
them have been resolved.  The parties
request that this Court dismiss the appeal.

The Court, having
considered the documents on file and the joint motion to dismiss, is of the
opinion that the motion should be granted. 
The joint motion to dismiss for mootness due to settlement is granted,
and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th
day of December, 2002.

 











[1] Retired
Justice Melchor Chavez, assigned to this Court by the
Chief Justice of the Supreme Court of Texas pursuant to Tex. Gov=t
Code Ann. '
75.002 (Vernon 1998).